UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

VINCENT LEE WALLACE

Debtor

CASE NO: 3:26-bk-04215-BAJ
Chapter 13

**MOTION TO DISMISS FOR FAILURE TO ATTEND MEETING OF CREDITORS AND PROVIDE INFORMATION**

COMES NOW Douglas W. Neway, Chapter 13 Standing Trustee, and moves the Court to dismiss the above captioned case because the Debtor failed to appear at the meeting of creditors on October 26, 2026 at 8:30 a.m. and the continued meeting on November 9, 2026 at 8:30 am. Additionally, the Debtor failed to provide proof of identity as required by 11 U.S.C. §521 (h) and provide proof of filing the 2023, 2024, and 2025 federal income tax returns as required by 11 U.S.C. §§521(e)(2) and 1308 and the Administrative Order Prescribing Procedures for Chapter 13 Cases.

**NOTICE OF PRELIMINARY HEARING**

1. The Honorable JASON A. BURGESS will conduct a preliminary hearing in this case on November 18, 2026 at 9:30 AM in Courtroom 4A at 300 North Hogan Street, 4th Floor, Jacksonville, FL 32202 on this matter.

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/burgess.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court without further notice.

PLEASE GOVERN YOURSELF ACCORDINGLY

/s/ Douglas W. Neway
DOUGLAS W. NEWAY, Trustee
Florida Bar No. 709948
Post Office Box 4308
Jacksonville, Florida 32201-4308
Phone: (904) 358-6465
Fax: (904) 634-0038
attorneys@ch13jaxfl.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 9, 2026, I mailed a copy of this motion and notice to all interested parties.

/s/ Douglas W. Neway

Label Matrix for local noticing
113A-3
Case 3:26-bk-04215-BAJ
Middle District of Florida
Jacksonville
Mon Nov 9 11:00:02 EST 2026

Vincent Lee Wallace
1036 Dunn Ave. Suite #217
Jacksonville, FL 32218-6349

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
American Express Customer Service,
P.O. Box 981535
El Paso, TX 79998-1535

Apple Card/Gs Bank Usa
Lockbox 6112 PO Box 7247
Philadelphia, PA 19170-0001

BUILDERS TRUST CONSTRUCTION CO., INC.,
11620 Hartman Road
Jacksonville, FL 32225-1326

Bank of America
100 North Tryon Street
Charlotte, NC 28255-0001

Bell Partners
c/o Lakeside Lofts
11500 Lago Vista East
Farmers Branch, TX 75234-6821

Capital One
1680 Capital One Drive
Mc Lean, VA 22102-3407

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital Resorts Group, LLC
2024 Corporate Centre Dr Ste 101
Myrtle Beach, SC 29577-7410

Child Support Enforcem
5050 W Tennessee St
Tallahassee, FL 32399-6586

Citi Ty Mc/Cbna
PO Box 6283
Sioux Falls, SD 57117-6283

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Citicards Cbna
PO Box 6241
Sioux Falls, SD 57117-6241

City of Jacksonville
117 West Duval Street Ste. 480
Jacksonville, FL 32202-5721

Club Destin
1085 US-98
Destin, FL 32541

Complete Lending
12707 High Bluff Dr #200
San Diego, CA 92130-2037

Concord Servicing Llc
500 N Juniper Dr Ste 100
Chandler, AZ 85226-2525

Consumer Adjustment Co
500 Nw Plaza Dr Ste 300
Saint Ann, MO 63074-2218

Credit Collection Serv
725 Canton St
Norwood, MA 02062-2679

Current
217 Centre St
New York, NY 10013-3624

Current/Crb
400 Kelby St
Fort Lee, NJ 07024-2943

DIGITAL TRUST LLC,
FBO DAVID A. STECH ROTH IRA 1100147
7336 W. Post Rd., Suite 111
Las Vegas, NV 89113-6647

Discovercap1
PO Box 31293
Salt Lake City, UT 84131-0293

Discovercard
PO Box 30939
Salt Lake City, UT 84130-0939

Duval County Tax Collector
231 E. Forsyth St.
Jacksonville, FL 32202-3361

Duval County Tax Collector
Kelly Papa, Assistant General Counsel
117 West Duval Street, Suite 480
Jacksonville FL 32202-5721

Feb Retail/Cci
PO Box 4499
Beaverton, OR 97076-4499

Fifth Third Bank Na
5050 Kingsley Dr
Cincinnati, OH 45227-1115

Fifth Third Bank, N.A.
5001 Kingsley Drive
1MOBBW
Cincinnati, Ohio 45227-1114

Fifth Third Bank, N.A.
PO Box 9013
Addison, Texas 75001-9013

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Institute of Technology
150 West University Boulevard
Melbourne, FL 32901-6975

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jpmcb Card
PO Box 15369
Wilmington, DE 19850-5369

KENECTED, LLC
1036 Dunn Ave Ste 4-217
Jacksonville, FL 32218-6349

LAW OFFICES OF C.W. WICKERSH, JR., P.A.
2720 Park Street, Suite 205
Jacksonville, FL 32205-7645

Law Offices of Mickler & Mickler, LLP
5452 Arlington Expy.
Jacksonville, FL 32211-6860

Natasha King
3385 Oak Leaf Ln.
Middleburg, FL 32068-3411

Navy Federal Cr Union
PO Box 3700
Merrifield, VA 22119-3700

Navy Federal Credit Union
PO BOX 3000
Merrifield VA 22119-3000

Nicholas and Nereida Jackson
45495 Petree Road,
Callahan, FL 32011-8367

Onemain
PO Box 1010
Evansville, IN 47706-1010

Padsplit
691 West Whitehall Street SW
Atlanta, GA 30310-1911

RadiFi Credit Union
P.O. Box 2357
Jacksonville, FL 32232-0011

Rocket Mortgage Llc
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

Syncb/Ashley Homestore
PO Box 71757
Philadelphia, PA 19176-1757

Syncb/Belk
PO Box 71746
Philadelphia, PA 19176-1746

Syncb/Car Care Aamco
PO Box 71757
Philadelphia, PA 19176-1757

Syncb/Car Care Syn Car
PO Box 71757
Philadelphia, PA 19176-1757

Syncb/Rooms to Go
PO Box 71727
Philadelphia, PA 19176-1727

Syncb/Venmo
PO Box 71746
Philadelphia, PA 19176-1746

Thd/Cbna
PO Box 6497
Sioux Falls, SD 57117-6497

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

Usaa Federal Savings B
PO Box 47504
San Antonio, TX 78265

(p)VYSTAR CREDIT UNION
PO BOX 45085
JACKSONVILLE FL 32232-5085

Bryan K. Mickler +
Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211-6860

United States Trustee - JAX 13/7 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Douglas W Neway +
Post Office Box 4308
Jacksonville, FL 32201-4308

Teresa M Hair +
Brock and Scott, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103-2930

Neisi I Garcia Ramirez +
Brock and Scott, PLLC
3825 Forrestgate Dr.
Winston Salem, NC 27103-2930

Jason A. Burgess +
Jacksonville
300 North Hogan Street
Room 4-213
Jacksonville, FL 32202-4204

Leslie Gomez +
Aldridge Pite, LLP
3525 Piedmont Road, N.E.
Six Piedmont Center
Suite 700
Atlanta, GA 30305-1695

Karen Ann Green I+
Orlans Law Group
621 South Federal Highway
Ste 10
Fort Lauderdale, FL 33301-3145

Note: Entries with a '+' at the end of the name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Attn: Bankruptcy
400 W. Bay Street
Jacksonville, FL 32202

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

Vystar Credit Union
P.O. Box 45085
Jacksonville, FL 32232

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Fifth Third Bank National Association

(u)Rocket Mortgage, LLC

(d)Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119-3000

(u)Oakleaf payment

End of Label Matrix
Mailable recipients 68
Bypassed recipients 4
Total 72