UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/18/2026 09:30 AM

COURTROOM 4A, 4th Floor

HONORABLE JASON BURGESS

CASE NUMBER: FILING DATE:

**3:26-bk-04215-BAJ** **13** **09/13/2026**

**Chapter 13**

**DEBTOR:** Vincent Wallace

**DEBTOR ATTY:** **Bryan Mickler**

**TRUSTEE:** **Douglas Neway**

**HEARING:**

1. Confirmation Hearing
-Objection to Confirmation of Chapter 13 Plan Filed by Teresa M Hair on behalf of Creditor Fifth Third Bank National Association Doc 13
-Objection to Confirmation of Chapter 13 Plan Filed by Karen Ann Green I on behalf of Creditor Fifth Third Bank National Association Doc 14
2. Motion to Dismiss Case for Failure to Attend Sec. 341 Meeting of Creditors and Failure to Provide 2023, 2024, 2025 tax returns and proof of identity Filed by Trustee Douglas W Neway Doc 15

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
1. Confirmation Hearing

MOOT - CASE DISMISSED

-Objection to Confirmation of Chapter 13 Plan Filed by Teresa M Hair on behalf of Creditor Fifth Third Bank National Association Doc 13

-Objection to Confirmation of Chapter 13 Plan Filed by Karen Ann Green I on behalf of Creditor Fifth Third Bank National Association Doc 14

2. Motion to Dismiss Case for Failure to Attend Sec. 341 Meeting of Creditors and Failure to Provide 2023, 2024, 2025 tax returns and proof of identity Filed by Trustee Douglas W Neway Doc 15

GRANTED ORDER TRUSTEE

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.